UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

   Lisa K. Benfield                           Case No. 09-59934-SWR
                                                     Honorable Steven W. Rhodes
_____/     Chapter 7

NOTICE OF DIVIDENDS UNDER $5

TO THE CLERK OF THE COURT:

       The enclosed check in the amount of $12.01 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditor name and claim number is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| PYOD LLC/Citibank | 5 | $ 2.90 |
| American Express Centurion Bank | 7 | 3.90 |
| American Express Bank FSB | 16 | 2.57 |
| Unique Screen Media | 17 | 2.64 |

Date: July 27, 2010                           /s/   Homer W. McClarty
                                                      Homer W. McClarty, Trustee (P26670)
                                                      24400 Northwestern Highway
                                                      Suite 204
                                                      Southfield, MI 48075
                                                      (248) 352-7686
                                                      trustee@morganmcclarty.com